UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAROLD J. PARKER

v.  CA 09-510 ML

JAMES WEEDEN, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on January 6, 2011. No objection has been filed and the time for doing so has passed.

The Court has reviewed the Report and Recommendation and finds that the recommendation that the claims against Defendant Cabral should be dismissed is fully supported by the law and the facts of this case.

Accordingly, the claims against Defendant Cabral are DISMISSED and this action in its entirety is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 28, 2011